

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00551-CV

JEANNIE LEE, Appellant

V.

KIN K. LEE, Appellee

Appeal from the County Court at Law No.7 of Bexar County.  (Tr. Ct. No. 356017).

This is an appeal from the judgment signed by the court below on March 27, 2014. Appellant, Jeannie Lee, did not timely file a brief.  After being notified that this appeal was subject to dismissal, appellant did not adequately respond.  It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed** for want of prosecution.

The Court **orders** that the appellant, Jeannie Lee, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 10, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.